M. Poonja, Trustee
P.O. Box 1510
Los Altos, CA 94023-1510
Telephone: (650) 941-3400




FILED
NOV 1 3 2009
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO CA

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| In re: O P I OFFICE PRODUCTS INC. | Case No. 04-56647-MM |
| | Chapter 7 |
| Debtor(s) | NOTICE OF UNCLAIMED DIVIDENDS |

TO THE CLERK, UNITED STATES BANKRUPCY COURT:

Pursuant to Federal Rule 3011, the trustee in the above captioned case hereby turns over to the Court, unclaimed dividends as itemized below. The name and address of the claimant entitled to the unclaimed dividends are as follows:

| Claim# | Name & Address of Claimant | Claim Amount | Dividend Amount |
|---|---|---|---|
| | | | |

| | | | |
|---|---|---|---|
| 53 | Daimlerchrysler Services North America LLC<br>PO Box 55000<br>Detroit, MI 48255-1003 | $11,853.45 | $1,990.33 |
| 27 | SBC<br>Attn: Bankruptcy Recovery Center<br>PO Box 981268<br>West Sacramento, CA 95851 | $3,072.58 | $515.92 |
| 30 | Durst Office Interiors<br>Customer Service Dept<br>3274-D Tomahawk Drive<br>Stockton, CA 95205 | $6,901.00 | $1,158.76 |
| 5 | Facility Services Group Inc.<br>142 N. Milpitas Blvd. #382<br>Milpitas, CA 95035 | $2,570.00 | $431.53 |
| 7 | eCommerce Industries Inc.<br>dba IOS Internet Services<br>2100 Reston Parkway<br>Suite 203<br>Reston, VA 20191 | $3,649.23 | $612.75 |
| 9 | Global Impressions<br>105 Leicester Way<br>Folsom, CA 95630 | $388.39 | $65.22 |
| 11 | Holga Inc.<br>Customer Service Dept<br>7901 Woodley Avenue<br>Van Nuys, CA 91406 | $4,089.38 | $686.65 |
| 15 | Spec Furniture Inc.<br>65 Courtland Avenue<br>Concord, Ontario Canada L4K3T1 | $299.40 | $50.27 |
| 22 | Lori Buffington<br>P.O. Box 1552<br>Carmel, CA 93924 | $7,312.96 | $1,227.93 |
| 24 | CitiCapital Commercial Corp.<br>PO Box 140729<br>Irving, TX 75014-1029 | $357.52 | $60.04 |
| 50 | Dawn Hershberger-Clark<br>P.O. Box 8190<br>Salinas, CA 93912P.O. Box 8190<br>Salinas, CA 93912 | | |

| | P.O. Box 8190<br>Salinas, CA 93912 | $5,549.63 | $931.85 |
|---|---|---|---|

Dated: November 9, 2009

/s/ Mohamed Pooonja                  M. POONJA, TRUSTEE